**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 25-14026-CR-CANNON**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**JOSE PINEDA-RAMIREZ**,

Defendant.

_______________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 25]. On June 9, 2025, Magistrate Judge Mills Maynard held a Change of Plea hearing [ECF No. 22] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 12] pursuant to a stipulated factual basis [ECF No. 23]. Magistrate Judge Mills Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 12]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **ACCEPTED**.
2. The guilty plea entered by Defendant **Jose Pineda-Ramirez** as to Count 1 of the Indictment is **ACCEPTED**.

3. Defendant **Jose Pineda-Ramirez** is adjudicated guilty of Count 1 of the Indictment, which charges Defendant with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a).

**ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of June 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record